# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEFFREY S. ALLSHOUSE,

      Plaintiff,

v.                                                Case No. 07-12516

COMMISSIONER OF SOCIAL SECURITY,        Honorable Arthur J. Tarnow

      Defendant.                      Honorable Mona K. Majzoub

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION [23]; DENYING COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [16]; AND DENYING PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT [21]

Before the court is Magistrate Judge Majzoub's report and recommendation that the cross-motions for summary judgment be denied and that the matter be remanded for further proceedings consistent with the report. No objections were filed.

The court ADOPTS the report and recommendation. This case is REMANDED for further proceedings consistent with the report.

SO ORDERED.

                                      S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      United States District Judge

Dated: September 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 19, 2008, by electronic and/or ordinary mail.

                                        S/THERESA E. TAYLOR
                                      Case Manager