UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY S. ALLSHOUSE,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

Case No. 07-12516

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
MONA K. MAJZOUB

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [32]

On November 16, Magistrate Judge Majzoub issued a Report and Recommendation [32] that Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act and For Entry of Final Judgment [25] should be granted in part. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act and For Entry of Final Judgment [25] is **GRANTED IN PART.**

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: December 11, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 11, 2009, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager