UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY S. ALLSHOUSE, | Case No. 07-12516 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | MAGISTRATE JUDGE<br>MONA K. MAJZOUB |
| Defendant._____/ | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [42], GRANTING PLAINTIFF'S PETITION FOR ATTORNEY FEE PURSUANT TO §206(b)(1) [31], AND DEEMING MOOT THE MAGISTRATE JUDGE'S PRIOR REPORT AND RECOMMENDATION [37]**

On November 12, 2010, Magistrate Judge Majzoub issued a Report and Recommendation [42] that Plaintiff's Petition for Attorney Fee Pursuant to §206(b)(1) [31] be granted. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Petition for Attorney Fee Pursuant to §206(b)(1) [31] is **GRANTED.**

The Magistrate Judge's prior Report and Recommendation [37] is deemed moot.

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: December 2, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 2, 2010, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Relief Case Manager